Hadjinlian, Appellant, *v.* Odom.

Argued September 18, 1967. *Thomas H. Goldsmith,* with him *Goushian, Mooradian & Goldsmith,* for appellant; *Frederick H. Knight, 3rd,* with him *Morgan, Lewis & Bockius,* for appellee.

Order affirmed.

## Harper Unemployment Compensation Case.

Argued September 14, 1967. *Richard A. Ash,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Jacobs, Appellant, *v.* Freeman.

Argued September 11, 1967; reargument refused November 14, 1967. *William Miller,* for appellant; *Stephen R. Wojdak,* with him *Harry M. Atkins,* for appellee.

Order affirmed.